UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT CSECH, | ) | 3:09-CV-0597-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 7, 2012 |
| | ) | |
| MS. BABB, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The parties stipulation regarding settlement conference set for June 12, 2012 and order that plaintiff be transported and personally attend (#96) is **GRANTED in part** and **DENIED in part.**

**IT IS ORDERED** that plaintiff Robert Csech, Inmate #51121, shall be **TRANSPORTED** by the Nevada Department of Corrections to the United States District Court, 400 South Virginia Street, Courtroom One, Reno, Nevada for the settlement conference set for **Tuesday, June 12, 2012** at **9:00 a.m.** before United States Magistrate Judge Valerie P. Cooke. The Office of the Attorney General shall make the necessary arrangements for plaintiff to be transported.  The Court has **ORDERED** that the plaintiff be **TRANSPORTED** to the Courthouse for a personal appearance; however, in the unlikely event that plaintiff is unable to be transported, the Office of the Attorney General shall make the necessary arrangements for plaintiff to be available via video conference as a backup to his personal appearance.  The Office of the Attorney General shall also be required to file a notice showing good cause why the plaintiff is not able to be transported as ordered.

**IT IS ORDERED** that a representative of the Nevada Department of Corrections and/or the individual parties must be present at the settlement conference set for **Tuesday, June 12, 2012** at **9:00 a.m.** The presence of a representative of the parties is required for the settlement to be placed on the Court's official record.

**IT IS ORDERED** that the parties shall submit settlement conferences statements as ordered in the order scheduling settlement conference (#93). The statements shall not be filed, but rather shall be delivered to chambers no later than **4:00 p.m. on Friday, June 8, 2012.**

**IT IS ORDERED** that sections one and four of the stipulation are **GRANTED**.

**IT IS FURTHER ORDERED** that if the parties wish to be relieved of any portion of this order, they may negotiate a private settlement agreement and file a stipulation for dismissal with prejudice and the June 12, 2012 settlement conference will be vacated.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
       Deputy Clerk