# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT CSECH, | CASE NO. 3:09-CV-00597-LRH (VPC) |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| MS. BABB, et al., | |
| Defendants. | |

Plaintiff ROBERT CSECH ("Plaintiff") and Defendants, JAMES BENEDETTI, TONY CORDA, BRUCE BANNISTER, JOHN PEERY, MICHAEL BROWN, MARSHA JOHNS and MARY BABB ("Defendants"), by and through their undersigned attorneys of record, stipulate and agree as follows:

///

///

///

1. On or about June 12, 2012, the parties reached a settlement of this matter as set forth on the record by the Court during a Settlement Conference.

2. The parties subsequently executed a written Settlement Agreement and Mutual Release.

3. In light of the foregoing, the parties stipulate that the above-titled action should be dismissed with prejudice, each side to bear its own attorneys' fees.

DATED this 28th day of June, 2012.   DATED this 28th day of June, 2012.

___/s/ Ann Morgan_____    _____*with permission*_____
ANN MORGAN                             CATHERINE CORTEZ MASTO
State Bar No. 933                      Attorney General
E-Mail: mam@jonesvargas.com            STEPHEN D. QUINN
JONES VARGAS                           Chief Deputy Attorney General
300 East Second Street, Suite 1510     Nevada Bar No. 5746
P.O. Box 281                           NATHAN L. HASTINGS
Reno, NV 89504-0281                    Deputy Attorney General
*(775) 786-5000*                       Nevada Bar No. 11593
*(775_ 786-0177*                       100 N. Carson Street
                                       Carson City, Nevada 89701-4717
GORDON SILVER                          E-mail: nhastings@ag.nv.gov
JUSTIN J. BUSTOS, ESQ.                 Tel: (775) 684-1259
Nevada Bar No. 10320                   Fax: (775) 684-1275
100 West Liberty Street
Suite 690
Reno. NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131                    *Attorneys for Defendants JAMES*
Email: jbustos@gordonsilver.com        *BENEDETTI, TONY CORDA, BRUCE*
                                       *BANNISTER, JOHN PEERY, MICHAEL*
*Attorneys for Plaintiff*              *BROWN, MARSHA JOHNS*
*ROBERT CSECH*                         *and MARY BABB*

IT IS SO ORDERED.

DATED this _5th_ day of _____July_____, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2 of 2